THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELKINS CONSTRUCTORS, INC.,           Case No.:3:12-CV-380-J-34JBT
a Florida corporation,

      Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY, a foreign corporation,

      Defendants.

_____/

**ELKINS CONSTRUCTORS, INC.'S RESPONSE IN OPPOSITION
TO LIBERTY MUTUAL INSURANCE COMPANY'S MOTION FOR LEAVE TO FILE
REPLY BRIEF AND INCORPORATED MEMORANDUM OF LEGAL AUTHORITY**

      Plaintiff, Elkins Constructors, Inc. ("Elkins"), pursuant to Local Rule 3.01(b), files this Response in Opposition to Defendant, Liberty Mutual Insurance Company's ("Liberty") Motion to File Reply Brief and Incorporated Memorandum of Legal Authority and states as follows:

      1.      Liberty's Motion for Leave to File Reply Brief is improper and should be denied. A Reply Brief would be superfluous and unnecessary.

      2.      Liberty's five enumerated grounds for its motion improperly concern issues already fully briefed by the parties in the original motion and response.

      3.      Of the five enumerated grounds, three of them (¶¶ 1, 3 and 5) simply state that Elkins' response to Liberty's argument is "wrong" or "erroneous" as to the particular argument to which it responds. With respect to the other two grounds (¶¶ 2 and 4), Liberty states that Elkins "omits" or "fails to address" Liberty's arguments. In either case, Liberty fails to identify any new issue that Elkins' Response raises such that a Reply would be warranted or necessary.

4.     Moreover, Liberty's Motion improperly addresses the merits of the arguments to be made in the Reply Brief and is itself a veiled Reply Brief, which is prohibited by Local Rule 3.01(d), which provides that "[a] motion requesting leave to file . . . a reply or further memorandum . . . shall not include, as an attachment or otherwise, the proposed motion, response, reply, or other paper."

## MEMORANDUM OF LEGAL AUTHORITY

In light of the facts that the issues raised in Liberty's Motion to Transfer Venue and Elkins' Response thereto have been fully briefed by the parties and that Liberty does not seek to address any new issues that Elkins' allegedly raised in its Response, Liberty should not be permitted to file a Reply because it would unfairly give Liberty a "second bite at the apple."

In *Shaw v. R.J. Reynolds Tobacco Co.*, 818 F. Supp. 1539, 1540-41 (M.D. Fla. 1993), the defendant filed a Motion for Summary Judgment to which the plaintiff filed in opposition a memorandum of law and supporting affidavit. The defendant then sought leave to file a reply brief. *Id* at 1541. In denying the defendant's motion for leave, the Court noted that it had already begun to consider the various motions, and had conducted its own independent research with respect to the status of the law at the time that Defendant's Motion for Leave to File Reply Brief was filed. *Id.* The Court held that, "in the interests of expedience and in fairness to [the plaintiff]," the motion for leave should be denied as the Court is capable of determining the status of the law in the face of conflicting memoranda already submitted by the parties, and it would be unfair for defendant to get a "second bite at the apple" by considering a second brief on the issue from the defendant.

Similarly, Liberty should not be granted leave to file a Reply Brief because the pertinent issues have already been addressed by the parties and the Court is capable of resolving Liberty's

motion given the arguments that have been presented. Liberty's Motion for Leave to File a Reply Brief should be denied.

      Respectfully submitted this 21st day of June, 2012.

                                        **SMITH, CURRIE & HANCOCK LLP**

                                        /s/ R. Paul Washington_____
Brian A. Wolf
Florida Bar No. 983683
bawolf@smithcurrie.com
R. Paul Washington
Florida Bar No. 60107
rpwashington@smithcurrie.com
101 NE Third Avenue, Suite 1910
Fort Lauderdale, FL 33301
Tel: 954-761-8700 Fax: 954-524-6927

*Counsel for Elkins Constructors, Inc.*

THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

ELKINS CONSTRUCTORS, INC.,          CASE NO.:3:12-CV-380-J-34JBT
a Florida corporation,

    Plaintiff,

v.

LIBERTY MUTUAL INSURANCE
COMPANY, a foreign corporation,

    Defendants.
_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on **June 21, 2012,** I electronically filed the foregoing with the Clerk of the Court by using CM/ECF system which will send a notice of electronic filing to the attached service list.

                                                                **SMITH, CURRIE & HANCOCK LLP**

                                                                /s/ R. Paul Washington
                                                                 Brian A. Wolf
                                                                 Florida Bar No. 983683
                                                                 bawolf@smithcurrie.com
                                                                 R. Paul Washington
                                                                 Florida Bar No. 60107
                                                                rpwashington@smithcurrie.com
                                                                101 NE Third Avenue, Suite 1910
                                                                Fort Lauderdale, FL 33301
                                                                Tel: 954-761-8700 Fax: 954-524-6927

                                                                *Counsel for Elkins Constructors, Inc.*

**SERVICE LIST**
**CASE NO. 3:12-CV-380-J-34JBT**
United States District Court, Middle District of Florida

| | |
|---|---|
| Thomas L. Selden, Esq. | Ty G. Thompson, Esq. |
| **Admitted Pro Hac Vice** | MILLS PASKERT DIVERS |
| STARNES DAVIS FLORIE LLP | 100 N. Tampa Street, Suite 3700 |
| 100 Brookwood Place, 7th Floor | Tampa, Florida 33602 |
| Birmingham, Alabama 35209 | Telephone: 813-229-3500 |
| Telephone: 205-868-6000 | Facsimile: 813-229-3502 |
| Facsimile: 205-868-6099 | tthompson@mpdlegal.com |
| tselden@starneslaw.com | *Counsel for Liberty Mutual Insurance Company* |
| *Counsel for Liberty Mutual Insurance Company* | |