**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

ELKINS CONSTRUCTORS, INC.,

        Plaintiff,

v.                                                                                           Case No. 3:12-cv-380-J-34JBT

LIBERTY MUTUAL INSURANCE
COMPANY,

        Defendant.
_____/

**O R D E R**

**THIS CAUSE** is before the Court on Defendant's Motion for Leave to File Reply Brief (Doc. No. 16; Motion) filed on June 14, 2012.  In the Motion, Defendant seeks leave to file a reply to Elkins Constructors, Inc.'s Response in Opposition to Liberty Mutual Insurance Company's Motion to Transfer Venue (Doc. No. 15; Response).  Plaintiff opposes the Motion. See Elkins Constructors, Inc.'s Response in Opposition to Liberty Mutual Insurance Company's Motion for Leave to File Reply Brief and Incorporated Memorandum of Legal Authority (Doc. No. 17; Response in Opposition).  Upon review, the Court finds that a reply is not necessary at this time.  Should the Court require additional briefing, it will be requested at the appropriate time.

In light of the foregoing, it is **ORDERED**:

Defendant's Motion for Leave to File Reply Brief (Doc. No. 16) is **DENIED**.

**DONE AND ORDERED** in Jacksonville, Florida on June 26, 2012.

*MARCIA MORALES HOWARD*
MARCIA MORALES HOWARD
United States District Judge

lc14

Copies to:

Counsel of Record